No. 11–129. RODRIGUEZ, ADMINISTRATOR OF THE ESTATE OF RODRIGUEZ FOR THE BENEFIT OF RODRIGUEZ ET AL. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 11–134. VIBO CORP., DBA GENERAL TOBACCO *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 11–191. MICHIGAN *v.* FACKELMAN. Sup. Ct. Mich. Certiorari denied.

No. 11–202. SIGG ET AL. *v.* SIGG ET AL. Ct. App. Kan. Certiorari denied.

No. 11–212. REEVES *v.* ROE ET AL. Sup. Ct. S. C. Certiorari denied.

No. 11–215. EVANS ET AL. *v.* WAPATO HERITAGE, LLC, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–221. DIFIORE ET AL. *v.* AMERICAN AIRLINES, INC. C. A. 1st Cir. Certiorari denied.

No. 11–224. CVS PHARMACY, INC., ET AL. *v.* WEST VIRGINIA EX REL. MCGRAW, ATTORNEY GENERAL OF WEST VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 11–228. ARGENTINE REPUBLIC *v.* NATIONAL GRID PLC. C. A. D. C. Cir. Certiorari denied.

No. 11–235. FAULKNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

